Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Suite 530
Las Vegas, Nevada 89135
Telephone:  (702) 878-7878
Facsimile:  (702) 968-7525
justin@erinjuryattorneys.com
*Attorney for Plaintiff*

David S. Davis, Esq.
Nevada Bar No. 11549
DAVIS LAW GROUP PLLC
2680 S. Jones Boulevard, Ste. 1
Las Vegas, Nevada 89146
Telephone: (702) 790-2222
E-mail: david@davislawgrouplv.com
*Co-Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS COLEMAN, individually;<br><br>Plaintiffs,<br>vs.<br>GEICO CASUALTY COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.   2:23-cv-01911-RFB-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

**1.** **Meeting:** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 6, 2023, and was attended by Justin G. Randall, Esq. of ER Injury Attorneys, for Plaintiff, and Chenelle Jackson, Esq. of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, for Defendant.

**2.** **Pre-Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff and Defendant will serve their Initial Disclosures on or before December 7, 2023.

**3.** **Areas of Discovery**: The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

**4.** **Changes to Discovery Rules:** The parties do not see a need to change the discovery rules set forth in the Federal Rules of Civil Procedure and the Local Rules for the District of Nevada.

. . .

1

**5.     Discovery Plan:** The parties proposed the following discovery plan:

**A.     Alternative Dispute Resolution:** The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration and if applicable, early neutral resolution.

**B.     Alternative Forms of Case Disposition:** The parties certify they considered consent to trial by magistrate judge under 28 USC § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program. Defendant is currently unwilling to consent to either.

**C.     Discovery Cut-off Dates(s):** LR 26-1(b)(1) provides that "unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review." The parties agree there is no need for a special review. Therefore, the parties agree that discovery must be commenced and completed no later than May 27, 2024. This date is 180 days after Defendant's filing of its appearance and answer.

**D.     Amending the Pleadings and Adding Parties:** The parties shall have until February 26, 2024, to file any motions to amend the pleadings to add parties. This is 90 days before the discovery cut-off date.

**E.     FRCP 26-1(b)(3) Disclosures of Experts:** Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) as follows: the disclosure of experts and their reports shall occur on or before March 28, 2024. The disclosure of rebuttal experts and their reports shall occur on or before April 26, 2024. These deadlines are 60 and 29 days before the disclosure cut-off-date, respectively.

**F.     Dispositive Motions:** The parties shall have until June 26, 2024, to file dispositive motions. This is 30 days after the discovery cut-off date.

**G.     Pre-Trial Order:** The parties will prepare a Consolidated Pre-Trial Order on or before July 26, 2024, which is 31 days after the date set for filing dispositive motions in the case. This Deadline will be suspended if dispositive motions are timely filed until 29 days after the decision of the dispositive motions or until further order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and objections thereto, shall be made in the pre-trial order.

2

1       **H.**    **Electronic Evidence:** The parties certify they discussed whether they
2 intend to present evidence in electronic format to jurors for the purposes of jury deliberations. At
3 this time, the parties agree they will submit their exhibits to the court in paper format or
4 electronic format. The parties agree to service of discovery requests and responses in PDF
5 format via Email, where practical. For documents too large to send via email, the parties
6 consent to exchange via a cloud-based service (DropBox, OneDrive, iCloud, etc) or on a CD or
7 DVD sent via US Mail.

8       **I.**    **Court Conferences:** If the Court has questions regarding the dates proposed by
9 the parties, the parties request a conference with the Court before entry of the Scheduling Order. If
10 the Court does not have questions, the parties do not request a conference with the Court.

11       **J.**    **Extensions or Modifications of the Discovery Plan and Scheduling Order**:
12 LR ~~26-4~~ [26-3] governs modifications or extensions of this Discovery Plan and Scheduling Order. Any
13 stipulation or motion must be made not later than <u>May 6, 2024,</u> 21 days before the discovery
14 cut-off date.

15       **K.**    <u>**Format of Discovery**</u>: Pursuant to the electronic discovery amendments to
16 the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-
17 discovery issues pertaining to the format of discovery at the Fed. R. Civ. P. 26(f) conference. The
18 parties do not anticipate discovery of native files or metadata at this time, but each party reserves
19 the right to make a showing for the need of such electronic data as discovery progresses.

20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

3

**L.     Electronic Service of Discovery:** Counsel for Plaintiff hereby agrees to electronic service of all documents to the following email addresses: justin@erinjuryattorneys.com and miriam@erinjuryattorneys.com.

Counsel for Defendant hereby agrees to electronic service of all documents to the following email addresses: Chenelle.Jackson@mccormickbarstow.com Debbie.DeArmond@mccormickbarstow.com and Jonathan.Carlson@mccormickbarstow.com.

| ER INJURY ATTORNEYS | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
|---|---|
| By:/s/ Justin G. Randal<br>Justin G. Randall, Esq.<br>Nevada Bar No. 12476<br>*Attorneys for Plaintiff* | By:/s/ Jonathan W. Carlson<br>Jonathan W. Carlson, Esq.<br>Nevada Bar No. 10536<br>Chenelle Jackson, Esq.<br>Nevada Bar No. 015750<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

DATED: 12/11/2023

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

                                                                      Miriam Alvarez <miriam@erinjuryattorneys.com>

## RE: Coleman v. GEICO - Proposed Discovery Plan and Scheduling Order
1 message

**Jonathan Carlson** <Jonathan.Carlson@mccormickbarstow.com>                         Thu, Dec 7, 2023 at 6:16 PM
To: Miriam Alvarez <miriam@erinjuryattorneys.com>, Debbie DeArmond <Debbie.DeArmond@mccormickbarstow.com>
Cc: "david@davislawgrouplv.com" <david@davislawgrouplv.com>, Justin Randall <justin@erinjuryattorneys.com>, April Taylor <april@erinjuryattorneys.com>, "thomascolemanz11927855@er.filevineapp.com" <thomascolemanz11927855@er.filevineapp.com>

Thanks, okay to e-sign for us. Thanks.


Jon



**Jonathan Carlson**
Partner
**McCormick Barstow LLP**
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Main (702) 949-1100 | Fax (702) 949-1101


www.mccormickbarstow.com



**From:** Miriam Alvarez <miriam@erinjuryattorneys.com>
**Sent:** Thursday, December 7, 2023 5:08 PM
**To:** Debbie DeArmond <Debbie.DeArmond@mccormickbarstow.com>
**Cc:** david@davislawgrouplv.com; Justin Randall <justin@erinjuryattorneys.com>; Jonathan Carlson <Jonathan.Carlson@mccormickbarstow.com>; April Taylor <april@erinjuryattorneys.com>; thomascolemanz11927855@er.filevineapp.com
**Subject:** Re: Coleman v. GEICO - Proposed Discovery Plan and Scheduling Order

Hi Mr. Carlson-- Attached is the Proposed Discovery Plan and Scheduling Order for your review. Please let us know if you have any changes or if we can file using your s-signature. Thank you.



**Miriam Alvarez**

Paralegal


1700 S. Pavilion Center Drive, Suite 530

Las Vegas, Nevada 89135


  (702) 968-7500